1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12   LESLIE EMIGH,                        )      Case No.: C 09-5829 PVT
                                          )
13                  Plaintiff,            )      **ORDER DENYING REQUEST TO**
                                          )      **APPEAR BY PHONE; CONTINUING**
14        v.                              )      **CASE MANAGEMENT**
                                          )      **CONFERENCE; AND REFERRING**
15   SAFEWAY, INC.,                       )      **PARTIES TO MAGISTRATE JUDGE**
                                          )      **HOWARD R. LLOYD FOR AN EARLY**
16                  Defendant.            )      **SETTLEMENT CONFERENCE**
     _____ )

17

18        On April 5, 2010, Plaintiff filed a belated request to appear by telephone at the Case

19   Management Conference set for April 6, 2010.  Based on the request, the parties Joint Case

20   Management Statement, and the file herein,

21        IT IS HEREBY ORDERED that Plaintiff's request for her counsel to appear by telephone at

22   the Case Management Conference is DENIED.

23        IT IS FURTHER ORDERED that the Case Management Conference is CONTINUED to

24   May 11, 2010.

25        IT IS FURTHER ORDERED that, pursuant to the parties' request in their Joint Case

26   Management Statement, the parties are referred to Magistrate Judge Howard R. Lloyd for an early

27   settlement conference.  The parties shall promptly contact Magistrate Judge Lloyd's chambers to

28   schedule the settlement conference.  Once the parties have scheduled the settlement conference, they

ORDER, *page 1*

1   may request the Case Management Conference be re-scheduled to occur within 48 hours of the

2   Settlement Conference, so as to limit the number of times Plaintiff's counsel is required to travel to

3   San Jose in connection with this case.

4   Dated: *April 6, 2010*

5   *Patricia V. Trumbull*
    PATRICIA V. TRUMBULL
6   United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 2*