UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LESLIE EMIGH,<br><br>            Plaintiff,<br><br>     v.<br><br>SAFEWAY, INC.,<br><br>            Defendant. | Case No.: C 09-5829 PVT<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On May 11, 2010, Defense counsel appeared for the scheduled Case Management Conference. Plaintiff's counsel failed to appear. Based on the discussion at the Case Management Conference,

IT IS HEREBY ORDERED that the Case Management Conference is CONTINUED to 2:00 p.m. on July 27, 2010.

Dated: *5/11/10*

　　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Order, *page 1*