**\*\* E-filed November 22, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LESLIE EMIGH, | No. C09-05829 PVT |
| Plaintiff, | **ORDER CONTINUING SETTLEMENT CONFERENCE** |
| v. | |
| SAFEWAY, INC., a California corporation, | **[Re: Docket Nos. 20-21]** |
| Defendant. | |

Plaintiff Leslie Emigh ("Emigh") and defendant Safeway, Inc. ("Safeway") are currently scheduled to participate in a settlement conference before the undersigned magistrate judge on November 29, 2011. (Docket No. 20.) However, on November 19, this Court received a letter from counsel for Safeway (Docket No. 21) stating that Johnwilly Osuji ("Osuji"), counsel for Emigh, underwent emergency surgery and has been ordered by his doctor not to return to work until after January 2011. With Osuji's consent, counsel for Safeway now asks this Court to reschedule the settlement conference for a date in February 2011. Good cause being shown, the settlement conference in the above-referenced matter is hereby CONTINUED to February 18, 2011 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: November 22, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C09-05829 PVT Notice will be electronically mailed to:**

| | |
|---|---|
| Johnwilly Chinedum Osuji | osujiu@aol.com |
| Mark John Rogers | mark.rogers@safeway.com, denise.passama@safeway.com, kristen.wells@safeway.com |
| Theodore K. Bell | tad.bell@safeway.com, denise.passama@safeway.com, kristen.wells@safeway.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**