JOHNWILLY C. OSUJI  #237179
The Law Office of Johnwilly C. Osuji
3400 Inland Empire Blvd., Suite 101
Ontario, CA 91764
Telephone: (909) 476-3518
Facsimile:   (909) 460-0018

Attorney for Plaintiff
LESLIE EMIGH

SAFEWAY INC.
THEODORE K. BELL  #184289
E-mail: tad.bell@safeway.com
STEPHEN Q. ROWELL  #098228
E-mail: stephen.rowell@safeway.com
5918 Stoneridge Mall Road
Pleasanton, CA  94588-3229
Telephone:   (925) 467-2422
Facsimile:    (925) 467-3214

Attorneys for Defendant
SAFEWAY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE EMIGH,<br><br>        Plaintiff,<br><br>  vs.<br><br>SAFEWAY INC., a California Corporation and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. C 09-05829 PSG<br><br>JOINT REQUEST FOR NEW CASE MANAGEMENT CONFERENCE<br><br>Trial Date:  March 28, 2011 |

Pursuant to Civil Local Rule 6-2, Defendant Safeway Inc. ("Safeway") and Plaintiff Leslie Emigh ("Emigh") hereby jointly request that the Court schedule a Case Management Conference.

1.   WHEREAS on November 18, 2010 the Court granted a continuance of the Early Settlement Conference because plaintiff's counsel, Johnwilly Osuji, had emergency triple bypass surgery [Docket No. 21].

2.   WHEREAS Mr. Osuji advises that he is currently undergoing cardiac therapy and his doctor has not yet approved his return to work.

3.   WHEREAS the parties are in the process of requesting that Judge Lloyd reschedule the Early Settlement Conference in this matter to sometime in late-April 2011.

NOW, THEREFORE, the parties respectfully request a new Case Management Conference at which time a new trial date can be set, along with all corresponding deadlines.  The parties would respectfully request any date in May 2011 that is convenient with the Court.

Dated:  February 7, 2011

```
              /s/
_____
JOHNWILLY C. OSUJI
Attorney for Plaintiff
LESLIE EMIGH


              /s/
_____
THEODORE K. BELL
Attorneys for Defendant
SAFEWAY INC.
```

IT IS SO ORDERED.  A Case Management Conference in this matter is set for May 3, 2011 at 2 p.m.

DATED:  February 9, 2011              _Paul S. Grewal_____
                                       Magistrate Judge Paul S. Grewal