United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| LESLIE EMIGH, | ) | Case No.: C 09-05829 PSG |
| | ) | |
| Plaintiff, | ) | **CASE MANAGEMENT ORDER** |
| v. | ) | |
| | ) | |
| SAFEWAY INC., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On May 3, 2010, the parties appeared before Magistrate Judge Paul S. Grewal for a case management conference. Based on the parties' Joint Case Management Statement and the discussions held at the case management conference,

IT IS HEREBY ORDERED that the following schedule shall apply to this case:

Last Day for Dispositive Motion Hearing[1] ................................... 10:00 a.m. on June 21, 2011

Final Pretrial Conference...................................................... 2:00 p.m. on September 13, 2011

Trial ................................................................................9:30 a.m. on September 26, 2011

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010),

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

Case No.: 09-05829
ORDER

a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of

the Joint Pretrial Statement, and all other pretrial submissions.

Dated:  May 18, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[2]     A copy of Judge Grewal's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's Civil Standing Order."

Case No.: 09-05829
ORDER

**United States District Court**
For the Northern District of California